381 A.2d 906

Fasnacht et al. v. Herr et al., Appellants, et al.

Argued September 21, 1977. William M. Gross, with him Edgar R. Casper, for appellants; Stephen J. Gring, with him Robert I. Cottom, for appellees, Fasnacht; No appearance entered nor brief submitted for appellees Penn-Grant Realty, Inc., and Berks Title Insurance Company.

OPINION PER CURIAM: Final decree vacated. The case is remanded for the entry of a new decree nisi which shall include findings of fact and conclusions of law. After

the entry of the new decree, the parties shall be granted leave to file exceptions.